IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00332-STV

HISSEIN SEIRO YAYA,

        Plaintiff,

v.

JUAN BALTAZAR; *et al*,

        Defendants.

---

## ORDER AWARDING FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT

---

THIS MATTER comes before the Court upon the [#28] Motion for Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act (the "Motion"). Respondents have indicated that the Motion is unopposed. [*See* #29] The Court thus ORDERS that the Motion is GRANTED. Plaintiff is hereby awarded $5,933.62 in attorney's fees pursuant to Equal Access to Justice Act ("EAJA").

SO ORDERED, this 15 day of May, 2026.

        s/Scott T. Varholak
        Scott T. Varholak
        Chief United States Magistrate Judge